ACCEPTED
13-15-00493-CR
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
11/20/2015 10:07:07 AM
Dorian E. Ramirez
CLERK

# Travis Berry

## Attorney at Law
## P.O. Box 6333
## Corpus Christi, Texas 78466

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
11/20/2015 10:07:07 AM
DORIAN E. RAMIREZ
CLERK

Tel. 361-673-5611 / Fax 361-442-2562                    travisberrylaw@gmail.com

November 20, 2015

Court of Appeals
Thirteenth District
901 Leopard - 10th Floor
Corpus Christi, Texas 78401

> Re:   Ashley Garcia v. State of Texas
>        Cause No. 13-15-00493-CR
>        Letter on *Anders* brief & *Kelly v. State* compliance

To this Honorable Court:

In compliance with *Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014), counsel for Appellant Ashley Garcia - on the 18th of November, 2015, - conveyed and provided the following to Appellant via U.S. Mail:

(1) notified appellant that I filed an *Anders* brief and a motion to withdraw;

(2) provided appellant with copies of both the *Anders* brief and the motion;

(3) informed Appellant of her rights to file a *pro se* response, to review the record preparatory to filing that response, and to seek review from the Texas Court of Criminal Appeals if this Court concludes that the appeal is frivolous;

(4) supplied appellant with a form motion for *pro se* access to the appellate record;

(5) informed appellant she has thirty (30) days to file her *pro se* response to my Motion to Withdraw; and

(6) informed appellant she has ten (10) days to file his *Pro Se* Motion for Access to the Appellate Record prepared for his signature with the Court's address provided.

In addition to noticing Appellant of these issues on November 18, 2015, and providing copies of the *Anders* brief, the motion to withdraw, and Appellant's form for *pro se* access to the appellate records, undersigned will also forward a copy of this letter to Appellant to assure that she is on notice of her rights to challenge my withdrawal, notice of her rights to proceed *pro se* on direct appeal, how to get the records on appeal if she so desires to continue *pro se*, the requisite form to obtain those records, on notice of the 10 day deadline to request her records on appeal, and on notice of her 30 day deadline to file a *pro se* response to the motion to withdraw.

Please contact me if any further actions need be taken in the filing of the *Anders* brief and my motion to withdraw to comply with *Kelly v. State*. Thank you for your assistance.

Respectfully,

/s/ *Travis Berry*
Travis Berry

xc:   Douglas Norman                            Via email
     Chief Appellate Counsel - Nueces County District Attorney

     Ashley Garcia                            Via U.S. Mail
     TDC: : 02024708
     Plane State Jail
     904 FM 686
     Dayton, TX 77535